IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETH SKOBINSKY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 09-2649 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of July, 2010, upon independent review of the brief in support of review filed by Plaintiff and Defendant's response thereto (Doc. Nos. 9, 10), and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that: Objections overruled.

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The decision of the Commissioner is **AFFIRMED**.

BY THE COURT:

*[signature]*

EDMUND V. LUDWIG, J.

cc: DRS